FILED
June 2, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:15-mj-00121-EFB |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| CUC THI SCHAEFFER, ) | PERSON IN CUSTODY |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, CUC THI SCHAEFFER, Case No. 2:15-mj-00121-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $75,000.00

   _X_   Co-Signed Unsecured Appearance Bond

   ___   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

   _X_   (Other) The defendant was further ordered to appear on June 24, 2015 at 1:30 p.m. in the District of Nebraska.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/2/2015  at  2:38 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge